UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   20-03850 |
| Jose A Garcia | ) | |
| Nohemi Garcia | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Janet S. Baer |
| | ) | Kane |
| Debtor(s) | ) | |

**Order Granting Motion of Nissan Motor Acceptance Corporation
to Modify Automatic Stay**

This matter coming to be heard on the Motion of Nissan Motor Acceptance Corporation for Relief from Stay, due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The motion is granted as set forth herein.

2. The automatic stay is modified to permit Nissan Motor Acceptance Corporation to pursue its non-bankruptcy remedies with respect to the property known as a 2019 NISSAN MURANO - VIN 5N1AZ2MS6KN150701.  In rem remedies only.

3. The stay under Fed. R. Bankr. P. 4001(a)(3) is waived by the Court, and this order is effective immediately upon entry.


Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  November 20, 2020

**Prepared by:**

Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com